## AFFIDAVIT OF SPECIAL PROCESS SERVER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

CASE NO.: <u>13-CV-8689</u>

_JARRETT CURTIS_, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons and Complaint** to **The Reserve, LLC, c/o SNR Registered Agent Services, Inc.** located at **4520 Main St., Suite 1100, Kansas City, MO 64101** resulting in:

X    Authorized service to an individual of the company willing and able to accept on

behalf of the subject/respondent/witness on

the _17th_ day of _January_, 2014 at _11:56 A_.M.

Name: _Mary Darby_    Title: _Docket Specialist, Litigation_

_____ Non-Service for the following reasons with the _DATE_ and _TIME_ of each attempt listed:

_____

_____

_____

A description of the person with whom the documents were left is as follows:

Sex: _Female_            Hair Color/Style: _Brown_

Race: _White_            Height (approx.): _5'5"_

Age (approx.): _48_      Weight (approx.): _160_

Noticeable Features/Notes: _Wears glasses_

_____

Signed and Sworn to before me

This _17th_ day of _January_, 2014.

_Linda Harvey_                Served By:

Notary Public                 _____

                              _PRIVATE PROCESS SERVER_
                              Title

NOTARY PUBLIC – State of Kansas
LINDA HARVEY
My Appt. Exp. _6-18-20 16_

Service was completed by an independent contractor retained by It's Your Serve, Inc.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Bank of America, N.A.

V.

The Reserve, LLC and William Jason
Townsend, individually

CASE NUMBER: 13-cv-8689

ASSIGNED JUDGE: Robert W. Gettleman

DESIGNATED
MAGISTRATE JUDGE: Geraldine Soat Brown

TO: (Name and address of Defendant)

The Reserve, LLC
Attention: William Jason Townsend
12635 Hemlock
Overland Park, KS 66213

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Rodney Perry
Bryan Cave LLP
161 N. Clark Street, Suite 4300
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Jaclyn Piezkiez*

(By) DEPUTY CLERK



December 20, 2013

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                     Date                    *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.