IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 13-CV-8689** |
| | ) | |
| THE RESERVE, LLC, and WILLIAM JASON | ) | Honorable Robert W. Gettleman |
| TOWNSEND, individually, | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION TO WITHDRAW

NOW COME Steven Blair Borkan, Timothy P. Scahill, and Graham P. Miller of BORKAN & SCAHILL, LTD., and hereby move this Honorable Court for leave to withdraw their appearances as local counsel on behalf the defendants, THE RESERVE, LLC and WILLIAM JASON TOWNSEND. In support thereof, counsel states as follows:

1. On December 5, 2013, plaintiff BANK OF AMERICA, N.A. filed this action against defendants THE RESERVE, LLC and WILLIAM JASON TOWNSEND.

2. On April 9, 2014, Steven Blair Borkan, Timothy P. Scahill, and Graham P. Miller of BORKAN & SCAHILL, LTD. filed appearances on behalf of THE RESERVE and WILLIAM JASON TOWNSEND as local counsel.

3. Steven Blair Borkan, Timothy P. Scahill, and Graham P. Miller have been instructed by counsel *Pro Hac Vice* for THE RESERVE, LLC and WILLIAM JASON TOWNSEND to withdraw as local counsel

4. Accordingly, Steven Blair Borkan, Timothy P. Scahill, and Graham P. Miller hereby request this Court allow them to withdraw their appearances as local counsel for THE RESERVE, LLC and WILLIAM JASON TOWNSEND.

1

WHEREFORE, Steven Blair Borkan, Timothy P. Scahill, and Graham P. Miller of BORKAN & SCAHILL, LTD. hereby pray this Honorable Court to allow them to withdraw their appearances filed on behalf of THE RESERVE, LLC and WILLIAM JASON TOWNSEND, enter an order consistent with same, and for whatever additional relief this Court deems just.

Respectfully submitted,

BORKAN & SCAHILL, LTD.


By: /s/ Steven B. Borkan
         Steven B. Borkan


Steven B. Borkan
Borkan & Scahill, Ltd.
20 South Clark Street
Suite 1700
Chicago, Illinois 60603
(312) 580-1030 ph
(312) 263-0128 fax

2