## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Bank of America, N.A.

                              Plaintiff,

v.                                                          Case No.: 1:13−cv−08689

The Reserve, LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 30,2015:

        MINUTE entry before the Honorable Geraldine Soat Brown: The District Judge has granted Plaintiff's motion for summary judgment. Accordingly, all matters relating to the referral of this action having been concluded, the referral is clos ed and the case is returned to the assigned judge. Notices mailed by Judicial Staff. (et, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.